**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **SCOTT A. COPLEY,** | **CASE NO. 2:06-cv-847** |
| | **JUDGE SMITH** |
| Petitioner, | **MAGISTRATE JUDGE ABEL** |
| v. | |
| **EDWIN VOORHIES, Warden,** | |
| Respondent. | |

**OPINION AND ORDER**

On July 27, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's conclusions and recommendations. Petitioner again raises all of the same arguments that previously were presented. This Court has carefully considered the entire record in this case.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a de novo review of those portions of the Report and Recommendation objected to by petitioner. For the reasons that follow, petitioner's objections are **OVERRULED**. The Magistrate Judge's *Report and Recommendation* is **ADOPTED** and A**FFIRMED**. This action hereby is **DISMISSED.**

    /s/ George C. Smith
GEORGE C. SMITH
United States District Judge